**ORDER**

The above-captioned matter is dismissed in its entirety with prejudice.

IT IS SO ORDERED.

DATED: May 2, 2007

By: _____
Honorable William A. Alsup

*IT IS SO ORDERED*
*Judge William Alsup*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

2.