```
Law Offices Of P. Randall Noah
P. Randall Noah, SBN 136452
8 Camino Encinas, Suite 220
Orinda, CA 94563
Tel. (925) 253-5540
Fax. (925) 253-5542

Attorney for Plaintiff,
William Cherniss
```

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CHERNISS, | CASE NO. C07-00377 WHA |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER FOR DISMISSAL** |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

It is hereby stipulated that the above-entitled action be discontinued and dismissed with prejudice, with each party to bear their own fees and costs.

Dated: May 1, 2007

Law Office of P. Randall Noah
By: _____
P. Randall Noah,
Attorney for plaintiff,
WILLIAM CHERNISS

Morgan Lewis & Bockius
By: _____
Mr. Donald P. Sullivan
Attorney for defendants,
LIFE INSURANCE COMPANY OF NORTH AMERICA

P. RANDALL NOAH
ATTORNEY AT LAW